ACCEPTED
03-14-00676-CR
6244413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 8:50:13 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00676-CR

**IN THE COURT OF APPEALS**
**FOR THE**
**THIRD SUPREME JUDICIAL DISTRICT**
**AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 8:50:13 PM
JEFFREY D. KYLE
Clerk

**ANGELITA RODRIGUEZ PACHECO,**
Appellant

**vs.**

**THE STATE OF TEXAS,**
Appellee

**Appeal from the 424th Judicial District Court**
**Cause No. 41988**
**Burnet County, Texas**
**The Honorable Dan Mills, Judge Presiding**

### APPELLANT'S ~~BRIEF~~ MOTION

> **Gary E. Prust**
> **State Bar No. 24056166**
> **1607 Nueces Street**
> **Austin, Texas 78701**
> **(512) 469-0092**
> **Fax: (512) 469-9102**
> **gary@prustlaw.com**
>
> **ATTORNEY FOR APPELLANT**

**ORAL ARGUMENT IS NOT REQUESTED**

**APPELLANT'S MOTION FOR LEAVE TO FILE LATE BRIEF**

Appellant, by and through her attorney, Gary Prust, files this, his "Motion for Leave to File Late Brief," and in support thereof shows as follows.

I.

1.     Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b). This motion is filed in conjunction with the filing of Appellant's brief.

2.     Appellant has requested previously three times in which to file his brief.

3.     Appellant's brief was due on July 20, 2015.

4.     Appellant's attorney had a very busy trial and appellate schedule during the months of June and July 2015. The father of appellant's attorney also passed away in the month of June 2015, and he had to attend to those matters. This brief is completed and is the third brief appellant's attorney has authored this month.

5.     In order to address the issues raised in the present appeal thoroughly, Appellant's attorney required an additional week beyond the due date for filing his brief.

6.     Accordingly, Appellants request that this Court grant him leave to file this brief, one week past the most recent submission date.

Respectfully submitted,

/s/ Gary E. Prust

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with TEX. R. APP. PROC. 9.5(b)(1), (d), and (e) the undersigned attorney certifies that a true and correct copy of the foregoing Brief was served at or before the time of its filing upon Mr. Gary Bunyard and on Mr. Blake Ewing, through electronic via the electronic filing manager through efile.txcourts.gov on the 27th day of July, 2015.

/s/ Gary Prust
Gary E. Prust

## CERTIFICATE OF CONFERENCE

In compliance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies he conferred with the 33rd and 424th District Attorney's Office via email communication concerning the merits of this motion.

/s/ Gary Prust
Gary E. Prust

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this brief contains 182 words. This is a computer-generated document created in Microsoft word, using 14-point typeface. In making this this certificate, I rely on the word county provided by the software use to prepare the document.

/s/ Gary Prust
Gary E. Prust